IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAIMIE HILEMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 17-CV-165-SMY |
| | ) |
| INTERNET WINES & SPIRITS CO. and | ) |
| GEORGE RANDALL, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL ACTION

**IT IS HEREBY ORDERED AND ADJUDGED** having been advised by the parties that all claims in this matter have been settled or otherwise resolved Plaintiff's claims against the Defendants are **DISMISSED with prejudice**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

**DATED:** November 26, 2019

MARGARET M. ROBERTIE, Clerk of Court

**By: s/ Stacie Hurst, Deputy Clerk**

Approved:

**STACI M. YANDLE**
**United States District Judge**